

# United States District Court
# Eastern District of California

| Thomas Daniel Laipply, et. al. | Case Number: 2:21-CV1905-KJM-CKD |

Plaintiff(s)

V.

| Thomas Charles Laipply, et. al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Gerrit Schulze hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Thomas Charles Laipply, Laurel Laipply, Heidi Raveling, Kathryn Saavedra, Jaime Saavedra

On 01/27/2022 (date), I was admitted to practice and presently in good standing in the S. District Court for the Western District of Tex (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/27/2022            Signature of Applicant: /s/ Gerrit Schulze

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Gerrit Schulze |
| Law Firm Name: | Shumway Van |
| Address: | 13750 San Pedro |
| | Suite 810 |
| City: | San Antonio   State: Texas   Zip: 78232 |
| Phone Number w/Area Code: | (210) 503-2800 |
| City and State of Residence: | Spring Branch, Texas |
| Primary E-mail Address: | Gerrit@shumwayvan.com |
| Secondary E-mail Address: | Sandra@shumwayvan.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lindsay A. Goulding |
| Law Firm Name: | Porter Scott |
| Address: | 350 University Ave. |
| | Suite 200 |
| City: | Sacramento   State: CA   Zip: 95825 |
| Phone Number w/Area Code: | (916) 929-1481   Bar # 227195 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 25, 2022

*/s/ Carolyn K. Delaney*
United States Magistrate Judge