UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DANIEL LAIPPLY, et al., | No. 2:21-cv-1905-KJM-CKD PS |
| Plaintiffs, | ORDER |
| v. | |
| THOMAS CHARLES LAIPPLY, et al., | |
| Defendants. | |

      Plaintiffs Thomas Daniel Laipply and Evangelina Star Laipply proceed without counsel in this action filed in October of 2021. (ECF No. 1.) Recently, mail sent to each plaintiff to their address of record was returned as undeliverable. To date, plaintiffs have not updated their address(es) with the court.

      Plaintiffs are under a duty to keep the court informed of their current address(es). In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective." Further, Local Rule 183(b) provides: "A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing

1

parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

It appears plaintiffs' address of record is no longer valid. Accordingly, IT IS ORDERED that within twenty-one (21) days of the date of this order, plaintiffs shall update their address(es) of record; plaintiffs are notified that failure to respond to this order may result in sanctions, see Local Rule 110.

Dated: March 16, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.laip21cv1905.coa

2