UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DANIEL LAIPPLY, et al., | No. 2:21-cv-1905-KJM-CKD PS |
| Plaintiffs, | <u>ORDER</u> |
| v. | |
| THOMAS CHARLES LAIPPLY, et al., | |
| Defendants. | |

  Plaintiffs Thomas Daniel Laipply and Evangelina Star Laipply proceed without counsel in this action filed in October of 2021. (ECF No. 1.) Plaintiffs have filed a motion requesting to participate in electronic case filing in order to expedite plaintiffs' future filings which must be mailed from San Antonio, Texas. (ECF No. 16.) Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." <u>See</u> E.D. Cal. L.R. 133(b)(2). Plaintiffs' motion for electronic case filing does not provide good cause for deviance from the Local Rule applicable to unrepresented litigants at the current stage

/////
/////
/////
/////
/////

1

of the case. Plaintiffs may request extensions of time for good cause shown as may be necessary due to mailing time. IT IS THEREFORE ORDERED that plaintiffs' motion to participate in electronic case filing (ECF No. 16) is denied.

Dated:  April 12, 2022

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.laip21cv1905.efile